PJ&A

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

To: Dave Mayo

EXHIBIT A

299 1 49273 ***********************ALL FOR AADC 440
[redacted] Michael Stone
[redacted]

November 10, 2023

Dear Michael Stone:

PJ&A is writing to notify you about a data security incident that involved some of your information. This letter describes the incident and our response, and offers steps you may consider taking to help protect your information from potential misuse.

**Who Is PJ&A?** PJ&A contracts with healthcare organizations to provide medical transcription and related services. In order to provide these services, PJ&A receives certain patient information from its customers, including Salem Regional Medical Center.

**What Happened?** On May 2, 2023, PJ&A became aware of a potential data security incident impacting PJ&A's systems. We immediately launched an investigation and retained an external cybersecurity vendor to assist with the investigation, contain the threat and further secure our systems. The investigation determined that an unauthorized party gained access to the PJ&A network between March 27, 2023, and May 2, 2023, and, during that time, obtained copies of certain files from PJ&A systems. With the assistance of its external vendor, PJ&A analyzed the data involved to identify all affected customers, individuals, and data elements. On October 2, 2023, we provided Salem Regional Medical Center with the results of this analysis. Importantly, this incident did not involve any unauthorized access to Salem Regional Medical Center's systems.

**What Information Was Involved?** Our analysis determined that the involved files contained your name, Social Security number and one or more of the following: date of birth, address, phone number, medical record number, hospital account number, and date(s) of service. Your financial information was **not** included.

**What Actions Did We Take?** PJ&A is committed to maintaining the privacy and security of your information and we take this incident very seriously. We have taken, and will continue to take, appropriate steps to help prevent incidents of this nature from occurring in the future, including by further enhancing our security systems. We notified law enforcement about the incident and will continue to cooperate with law enforcement's investigation. We have also taken additional steps to prevent any public disclosure of patient data and, to date, we have not identified any evidence that the data has been used for identity theft or fraud.

**What Can You Do?** Although we are not aware of any instances of fraud or identity theft involving your personal information, in an abundance of caution Salem Regional Medical Center is offering a complimentary 1 year membership to Identity Defense. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on identification and resolution of identity theft. **For more information about Identity Defense, including instructions on how to activate your complimentary membership, please refer to the enclosed instructions.**

**For More Information.** The privacy and security of patient information is of the utmost importance to us. We sincerely regret this occurrence and apologize for any concern that it may cause you. Should you have any questions regarding the incident, please do not hesitate to contact us at (833) 200-3558 and enter code 4. The call center is available Monday to Friday, between 8:00 a.m. and 11:59 p.m. Eastern Time, excluding major U.S. holidays.

If you have questions regarding your complimentary membership to Identity Defense, please call the number contained in the enclosed instructions.

Sincerely,

PJ&A

8666
622
9303

Identity Defense

Michael Stone
Enter your Activation Code: SALA-5ATM-6PMP-JAAF
Enrollment Deadline: February 14, 2024
Service Term: 1 year

# Identity Defense Total

## Key Features

- 3-Bureau Credit Monitoring
- Monthly Credit Score and Tracker (VantageScore 3.0)
- Real-Time Authentication Alerts
- High-Risk Transaction Monitoring
- Address Change Monitoring
- Dark Web Monitoring
- Wallet Protection
- Security Freeze Assist
- $1 Million Identity Theft Insurance**

## Enrollment Instructions

**To enroll in Identity Defense,** visit https://app.identitydefense.com/enrollment/activate/sale

1. Enter your unique Activation Code [redacted]
   Enter your Activation Code and click 'Redeem Code'.
2. Create Your Account
   Enter your email address, create your password, and click 'Create Account'.
3. Register
   Enter your legal name, home address, phone number, date of birth, Social Security Number, and click 'Complete Account'.
4. Complete Activation
   Click 'Continue to Dashboard' to finish enrolling.

**The deadline to enroll is** February 14, 2024. After February 14, 2024, the enrollment process will close, and your Identity Defense code will no longer be active. **If you do not enroll by** February 14, 2024 **you will not be able to take advantage of Identity Defense, so please enroll before the deadline.**

If you need assistance with the enrollment process or have questions regarding Identity Defense, please call Identity Defense directly at 866.622.9303.

*Service Term begins on the date of enrollment, provided that the enrollment takes place during the approved enrollment period.

**Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## ADDITIONAL STEPS YOU CAN TAKE

We remind you it is always advisable to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Contact information for the three nationwide credit reporting companies is as follows:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-800-685-1111
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-800-916-8800

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your state. You can obtain information from these sources about steps an individual can take to avoid identity theft as well as information about fraud alerts and security freezes. You should also contact your local law enforcement authorities and file a police report. Obtain a copy of the police report in case you are asked to provide copies to creditors to correct your records. Contact information for the Federal Trade Commission is as follows:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.ftc.gov/idtheft

***Fraud Alerts and Credit or Security Freezes:***

**Fraud Alerts:** There are two types of general fraud alerts you can place on your credit report to put your creditors on notice that you may be a victim of fraud—an initial alert and an extended alert. You may ask that an initial fraud alert be placed on your credit report if you suspect you have been, or are about to be, a victim of identity theft. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years.

To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report.

For those in the military who want to protect their credit while deployed, an Active Duty Military Fraud Alert lasts for one year and can be renewed for the length of your deployment. The credit bureaus will also take you off their marketing lists for pre-screened credit card offers for two years, unless you ask them not to.

**Credit or Security Freezes:** You have the right to put a credit freeze, also known as a security freeze, on your credit file, free of charge, which makes it more difficult for identity thieves to open new accounts in your name. That's because most creditors need to see your credit report before they approve a new account. If they can't see your report, they may not extend the credit.

*How do I place a freeze on my credit reports?* There is no fee to place or lift a security freeze. Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit reporting company. For information and instructions to place a security freeze, contact each of the credit reporting agencies at the addresses below:

- **Experian Security Freeze**, PO Box 9554, Allen, TX 75013, www.experian.com
- **TransUnion Security Freeze**, PO Box 2000, Chester, PA 19016, www.transunion.com
- **Equifax Security Freeze**, PO Box 105788, Atlanta, GA 30348, www.equifax.com

You'll need to supply your name, address, date of birth, Social Security number and other personal information.

After receiving your freeze request, each credit bureau will provide you with a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

*How do I lift a freeze?* A freeze remains in place until you ask the credit bureau to temporarily lift it or remove it altogether. If the request is made online or by phone, a credit bureau must lift a freeze within one hour. If the request is made by mail, then the bureau must lift the freeze no later than three business days after getting your request.

If you opt for a temporary lift because you are applying for credit or a job, and you can find out which credit bureau the business will contact for your file, you can save some time by lifting the freeze only at that particular credit bureau. Otherwise, you need to make the request with all three credit bureaus.

***Additional information for residents of the following states:***

**Connecticut:** You may contact and obtain information from your state attorney general at: *Connecticut Attorney General's Office*, 55 Elm Street, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag.

**District of Columbia:** You may contact and obtain information from your attorney general at: Office of the Attorney General for the District of Columbia, 441 4th Street NW, Washington, DC 20001, 1-202-727-3400, www.oag.dc.

**Maryland:** You may contact and obtain information from your state attorney general at: *Maryland Attorney General's Office*, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023 / 1-410-576-6300, www.oag.state.md.us.

**Massachusetts:** Under Massachusetts law, you have the right to file and obtain a copy of a police report. You also have the right to request a security freeze, as described above. You may contact and obtain information from your state attorney general at: *Office of the Massachusetts Attorney General*, One Ashburton Place, Boston, MA 02108, 1-617-727-8400, www.mass.gov/ago/contact-us.html.

**New York:** You may contact and obtain information from these state agencies: *New York Department of State Division of Consumer Protection, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; New York State Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov.*

**North Carolina:** You may contact and obtain information from your state attorney general at: *North Carolina Attorney General's Office*, 9001 Mail Service Centre, Raleigh, NC 27699, 1-919-716-6000 / 1-877-566-7226, www.ncdoj.gov.

**Rhode Island:** Under Rhode Island law, you have the right to file and obtain a copy of a police report. You also have the right to request a security freeze, as described above. You may contact and obtain information from your state attorney general at: *Rhode Island Attorney General's Office*, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov.

**West Virginia:** You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft, as described above. You also have a right to place a security freeze on your credit report, as described above.

**A Summary of Your Rights Under the Fair Credit Reporting Act:** The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Your major rights under the FCRA are summarized below. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- You must be told if information in your file has been used against you.
- You have the right to know what is in your file.
- You have the right to ask for a credit score.
- You have the right to dispute incomplete or inaccurate information.
- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.
- Consumer reporting agencies may not report outdated negative information.
- Access to your file is limited.
- You must give your consent for reports to be provided to employers.
- You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.
- You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.

- You may seek damages from violators.
- Identity theft victims and active-duty military personnel have additional rights.